IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEON RANDALL   .                                                                  PLAINTIFF

v.                                        5:08CV00162 BSM/HLJ

SUSAN POTTS                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 20th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE