IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEON RANDALL,
ADC #141931                                                                          PLAINTIFF

v.                                        5:08CV00162BSM/HLJ

SUSAN POTTS                                                                        DEFENDANT

ORDER

On August 20, 2008, the court entered judgment dismissing the case without prejudice for

failure to prosecute.  Plaintiff, however,  had  filed a notice of change of address, indicating his

incarceration at the Varner Unit of the Arkansas Department of Correction, P.O. Box 600, Grady,

AR 71644-0600 prior to the dismissal.

Therefore, the judgment dismissing the case is vacated and Defendant's motion to dismiss

(Doc. No. 13) is denied.

IT IS SO ORDERED this 21st  day of August, 2008.

_____
United States District Judge