Case 5:08-cv-00162-BSM   Document 29   Filed 12/03/08   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEON RANDALL,
ADC #141931                                                                                    PLAINTIFF

v.                                    5:08CV00162BSM/HLJ

SUSAN POTTS                                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of December, 2008.

_____
United States District Judge